AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5 - 4 8 1 _____

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _____ 3 _____ COPIES OF AO FORM 85.

_____ 7-11-05 _____
(Date forms issued)

_____ Chris Scargill _____
(Signature of Party or their Representative)

_____ Chris Scargill _____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action