IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENSO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| DELPHI CORPORATION and DELPHI AUTOMOTIVE SYSTEMS, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Denso Corporation states that Toyota Motor Corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

_/s/ Jack Blumenfeld_
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Plaintiff Denso Corporation*

OF COUNSEL:

Jesse J. Jenner
Richard A. Inz
Thomas P. Burke
Ropes & Gray
1251 Avenue of the Americas
New York, NY  10020
(201) 596-9000

July 11, 2005