# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 575 7291
302 425 3012 FAX
jblumenfeld@mnat.com

November 4, 2005

BY ELECTRONIC FILING

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    Denso Corporation v. Delphi Corporation and Delphi Automotive Systems, LLC, C.A. No. 05-481 (SLR)

Dear Chief Judge Robinson:

    We filed this action on behalf of the plaintiff Denso Corporation on July 11, 2005. We have not served the Complaint, although Denso provided a copy to Delphi the next day and the parties have since then continued to engage in negotiations that preceded the filing of the Complaint. This is to advise Your Honor that defendants filed a petition under Chapter 11 of the bankruptcy laws on October 8, 2005. Consequently, we have not served the Complaint or otherwise taken steps to prosecute this action.

    Respectfully,

    *Jack B. Blumenfeld*

    Jack B. Blumenfeld (#1014)

JBB/tmp

cc:    Peter T. Dalleo, Clerk (By Hand)

489645