IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENSO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-481-SLR |
| | ) |
| DELPHI CORPORATION and | ) |
| DELPHI AUTOMOTIVE SYSTEMS LLC, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 8th day of November, 2005, plaintiff Denso Corporation having informed this court of its filing a petition under Chapter 11 of the bankruptcy code on October 8, 2005 (D.I. 5);

IT IS ORDERED that the above captioned case shall be administratively closed until further order of the court.

_____
United States District Judge