IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DENSO CORPORATION,<br><br>       Plaintiff,<br><br>       vs.<br><br>DELPHI CORPORATION and<br>DELPHI AUTOMOTIVE SYSTEMS LLC,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-481 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER OF DISMISSAL

**WHEREAS,** Plaintiff Denso Corporation filed the Complaint in this action on July 11, 2005;

**WHEREAS,** Plaintiff Denso Corporation supplied a copy of the Complaint to Defendants Delphi Corporation and Delphi Automotive Systems LLC, but did not serve the Complaint;

**WHEREAS,** on October 8, 2005, Defendants Delphi Corporation and Delphi Automotive Systems LLC filed for protection under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, Case No. 05-44481 (RDD);

**WHEREAS,** on May 10, 2006, the parties entered into a License Agreement relating to the Complaint, and on May 30, 2006, the United States Bankruptcy Court for the Southern District of New York approved the License Agreement; and

**WHEREAS,** the parties have reached a settlement pursuant to the terms of the License Agreement:

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Denso Corporation dismisses this action;

2. Subject to the License Agreement, Plaintiff Denso Corporation dismisses with prejudice the infringement claims alleged in the Complaint that cover subject matter licensed under the License Agreement; and

3. Each side is to bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    POTTER ANDERSON & CORROON LLP

By: */s/ Rodger D. Smith II*    By: */s/ Philip A. Rovner*
    Jack B. Blumenfeld (#1014)        Philip A. Rovner (#3215)
    Rodger D. Smith II (#3778)    Hercules Plaza
1201 N. Market Street    P.O. Box 951
P.O. Box 1347    Wilmington, DE 19899
Wilmington, DE 19899    (302) 984-6000
(302) 658-9200

*Attorneys for Plaintiff Denso Corporation*    *Attorneys for Defendants Delphi Corporation and Delphi Automotive Systems LLC*

Dated: June 14, 2006

                                          **SO ORDERED** this ____ day of _____, 2006.

                                          _____
                                            United States District Court Judge

524375